IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3143 |
| | ) | |
| V. | ) | |
| | ) | |
| DANGELO M. ERVING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that David R. Stickman's motion to withdraw (filing 59) is granted.

DATED this 10th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge